**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| EXPRESS MOBILE, INC., | |
| Plaintiff, | Case No. 6:20-cv-801-ADA |
| v. | |
| EXPEDIA, INC. ET AL., | |
| Defendant. | |
| v. | |
| EBAY INC., | Case No. 6:20-cv-802-ADA |
| Defendant. | |
| v. | |
| FACEBOOK, INC. | Case No. 6:20-cv-803-ADA |
| Defendant. | |
| v. | |
| GOOGLE LLC, | Case No. 6:20-cv-804-ADA |
| Defendant. | |
| v. | |
| ATLASSIAN CORP. PLC ET AL., | Case No. 6:20-cv-805-ADA |
| Defendant. | |

**UNOPPOSED MOTION TO AMEND CERTAIN SCHEDULING ORDER DEADLINES**

Plaintiff Express Mobile, Inc. files this unopposed motion for entry of the Amended Scheduling Order that is submitted with this motion as a proposed order. Defendants Expedia, Inc., Homeaway, Inc., eBay, Inc., Facebook, Inc., Google LLC, Atlassian Corp. Plc, and Atlassian, Inc. (collectively, "Defendants") do not oppose.

Plaintiff requests that the Court's Scheduling Order be amended to allow for a short extension for the parties to submit Reply and Sur-Reply claim construction briefs. The current deadline for Plaintiff to file its Reply claim construction brief is July 6, 2021, and Defendants' current deadline to file their Sur-Reply claim construction brief is July 20, 2021. Plaintiff requests to adjust these deadlines by two and three days, respectively, with Plaintiff's Reply claim construction brief due on July 8, 2021, and Defendants' Sur-Reply claim construction brief due July 23, 2021. In connection, Plaintiff requests to extend the deadline for the parties to submit a Joint Claim Construction Statement from Friday, July 23, 2021, to Monday, July 26, 2021. The requested extensions will not impact other dates already set in the Court's Scheduling Order.

Plaintiff respectfully requests that the Court enter this Amended Scheduling Order.

Dated:  June 30, 2021

/s/ Steven Rizzi
Scott W. Hejny
Texas State Bar No. 24038952
shejny@mckoolsmith.com
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Steven Rizzi (*pro hac vice*)
srizzi@mckoolsmith.com
Ramy Hanna (*pro hac vice*)
rhanna@mckoolsmith.com
One Manhattan West
395 9th Avenue, 50th Floor
New York, New York 10001
Telephone: (212) 402-9400
Telefax: (212) 402-9444

Respectfully submitted,

/s/ *Robert F. Kramer*
FEINBERG DAY KRAMER ALBERTI
LIM TONKOVICH & BELLOLI LLP
Robert F. Kramer (*pro hac vice*)
rkramer@feinday.com
M. Elizabeth Day (*pro hac vice*)
eday@feinday.com
David Alberti (*pro hac vice*)
dalberti@feinday.com
Sal Lim (*pro hac vice*)
slim@feinday.com
Russell S. Tonkovich (pro hac vice)
rtonkovich@feinday.com
Marc Belloli (pro hac vice)
mbelloli@feinday.com
577 Airport Blvd., Suite 250
Burlingame, California 94010
Tel: 650-825-4300
Fax: 650-460-8443

Robert Christopher Bunt
State Bar No. 00787165

| | |
|---|---|
| */s/ Steven F. Molo* <br> Steven F. Molo (*pro hac vice*) <br> NY Bar No. 4221743 <br> Ben Quarmby (*pro hac vice*) <br> NY Bar No. 4298725 <br> Leonid Grinberg (*pro hac vice*) <br> NY Bar No. 5652458 <br> MOLOLAMKEN LLP <br> 430 Park Avenue <br> New York, NY 10022 <br> (212) 607-8160 (telephone) <br> (212) 607-8161 (fax) <br> smolo@mololamken.com <br> bquarmby@mololamken.com <br> lgrinberg@mololamken.com <br> <br> Rayiner I. Hashem (*pro hac vice*) <br> D.C. Bar No. 1046830 <br> Sarah J. Newman (*pro hac vice*) <br> D.C. Bar No. 1047210 <br> Benjamin T. Sirolly (*pro hac vice*) <br> D.C. Bar No. 1022426 <br> MOLOLAMKEN LLP <br> The Watergate, Suite 500 <br> 600 New Hampshire Avenue, N.W. <br> Washington, D.C. 20037 <br> (202) 556-2000 (telephone) <br> (202) 556-2001 (fax) <br> rhashem@mololamken.com <br> snewman@mololamken.com <br> btsirolly@mololamken.com | Charles Ainsworth <br> State Bar No. 00783521 <br> PARKER, BUNT & AINSWORTH, P.C. <br> 100 E. Ferguson, Suite 418 <br> Tyler, TX 75702 <br> (903) 531-3535 (telephone) <br> rcbunt@pbatyler.com <br> charley@pbatyler.com |

*Attorneys for Plaintiff Express Mobile, Inc.*

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Plaintiff and counsel for Defendants conferred via email. This motion is unopposed.

*/s/ Steven F. Molo*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on June 30, 2021.

*/s/ Steven F. Molo*