# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| EXPRESS MOBILE, INC., <br><br>　　　　　　Plaintiff, <br><br>　v. <br><br>ATLASSIAN CORP. PLC AND ATLASSIAN, INC., <br><br>　　　　　　Defendants. | Civil Action No. 6:20-cv-00805-ADA <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF COMPLIANCE

　　Defendants Atlassian Corp. Plc and Atlassian, Inc. hereby notify the Court that they have served their Initial Disclosures on counsel for Plaintiff via electronic mail on August 4, 2021.

Dated:  August 4, 2021　　　　　　DURIE TANGRI LLP

　　　　　　　　　　　　　　By: */s/ Melissa R. Smith*
　　　　　　　　　　　　　　TIMOTHY C. SAULSBURY (*Pro Hac Vice* Pending)
　　　　　　　　　　　　　　tsaulsbury@durietangri.com
　　　　　　　　　　　　　　ADAM R. BRAUSA (*Pro Hac Vice* Pending)
　　　　　　　　　　　　　　abrausa@durietangri.com
　　　　　　　　　　　　　　VERA RANIERI (*Pro Hac Vice* Pending)
　　　　　　　　　　　　　　vranieri@durietangri.com
　　　　　　　　　　　　　　RAGHAV R. KRISHNAPRIYAN (*Pro Hac Vice* Pending)
　　　　　　　　　　　　　　rkrishnapriayn@durietangri.com
　　　　　　　　　　　　　　ERIC C. WIENER (*Pro Hac Vice* Pending)
　　　　　　　　　　　　　　ewiener@durietangri.com
　　　　　　　　　　　　　　217 Leidesdorff Street
　　　　　　　　　　　　　　San Francisco, CA  94111
　　　　　　　　　　　　　　Telephone:     415-362-6666
　　　　　　　　　　　　　　Facsimile:       415-236-6300

　　　　　　　　　　　　　　MOON HEE LEE (*Pro Hac Vice* Pending)
　　　　　　　　　　　　　　mlee@durietangri.com
　　　　　　　　　　　　　　953 East 3rd Street
　　　　　　　　　　　　　　Los Angeles, CA 90013
　　　　　　　　　　　　　　Telephone:     213-992-4499
　　　　　　　　　　　　　　Facsimile:       415-236-6300

　　　　　　　　　　　　　　MELISSA R. SMITH (TX SBN 24001351)
　　　　　　　　　　　　　　melissa@gillamsmithlaw.com

GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, TX 75670
Telephone: 903-934-8450
Facsimile: 903-934-9257

*Attorneys for Defendants*
*ATLASSIAN CORP. PLC and ATLASSIAN, INC.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on August 4, 2021 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(b)(1).

*/s/ Melissa R. Smith*
Melissa R. Smith