*Counsel Listed on Next Page*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| EXPRESS MOBILE, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> ATLASSIAN CORP. PLC and ATLASSIAN, INC., <br><br> *Defendant*. | Case No. 3:21-cv-08942-RS <br><br> **JOINT STIPULATION AND ORDER TO POSTPONE CASE MANAGEMENT CONFERENCE AND CORRESPONDING DEADLINES** |

| | | |
|---|---|---|
| 1 | Steven F. Molo (*pro hac vice*) | Timothy C. Saulsbury (SBN 281434) |
| | smolo@mololamken.com | tsaulsbury@durietangri.com |
| 2 | Benoit Quarmby (*pro hac vice*) | Daralyn J. Durie (SBN 169825) |
| 3 | bquarmby@mololamken.com | ddurie@durietangri.com |
| | Jonathan E. Barbee (*pro hac vice*) | Adam R. Brausa (SBN 298754) |
| 4 | jbarbee@mololamken.com | abrausa@durietangri.com |
| | Leonid Grinberg (*pro hac vice*) | Vera Ranieri (SBN 271594) |
| 5 | lgrinberg@mololamken.com | vranieri@durietangri.com |
| 6 | **MOLOLAMKEN LLP** | Raghav R. Krishnapriyan (SBN 273411) |
| | 430 Park Avenue | rkrishnapriayn@durietangri.com |
| 7 | New York, NY  10022 | Eric C. Wiener (SBN 325012) |
| | Telephone:    (212) 607-8160 | ewiener@durietangri.com |
| 8 | Facsimile:    (212) 607-8161 | **DURIE TANGRI LLP** |
| | | 217 Leidesdorff Street |
| 9 | Rayiner I. Hashem (*pro hac vice*) | San Francisco, CA  94111 |
| 10 | rhashem@mololamken.com | Telephone:    (415) 362-6666 |
| | Sarah J. Newman (*pro hac vice*) | |
| 11 | snewman@mololamken.com | *Attorneys for Atlassian Corp. plc and* |
| | **MOLOLAMKEN LLP** | *Atlassian, Inc.* |
| 12 | The Watergate, Suite 500 | |
| | 600 New Hampshire Avenue, N.W. | |
| 13 | Washington, D.C.  20037 | |
| 14 | Telephone:    (202) 556-2000 | |
| | Facsimile:    (202) 556-2001 | |

15

Stuart G. Gross (SBN 251019)
16  sgross@grosskleinlaw.com
George A. Croton (SBN 323766)
17  gcroton@grosskleinlaw.com
Timothy S. Kline (SBN 319227)
18  tk@grosskleinlaw.com
**GROSS & KLEIN LLP**
19  The Embarcadero Pier 9, Suite 100
San Francisco, CA  94111
20  Telephone:    (415) 671-4628
Facsimile:    (415) 480-6688
21

22  *Attorneys for Plaintiff*
*Express Mobile, Inc.*
23

24
25
26
27
28

1   Plaintiff Express Mobile, Inc. ("Express Mobile") and Defendants Atlassian Corp. plc and Atlassian, Inc. ("Atlassian") (collectively, the "parties") file this Joint Stipulation and respectfully request that the Court modify the case schedule to postpone the scheduled April 7, 2022 Case Management Conference until two weeks after the Court's decision regarding a motion to stay this case that Atlassian will be filing based on IPRs having been instituted on the asserted patents, subject to the Court's calendar. The parties likewise request that the Court postpone any corresponding deadlines, including the due date for the Case Management Statement.

A Case Management Conference is currently scheduled for April 7, 2022, with a Case Management Statement due on March 31, 2022. The Court indicated to the parties that any request to stay this case should be made in the form of a formal motion to stay. Atlassian plans to file a motion to stay, and the parties are discussing whether such motion will be opposed or unopposed. The parties believe that it would be most efficient if the Court postpones the April 7, 2022 Case Management Conference in the meantime.

In addition, on March 29, 2022, the Court entered an Order Re Potential Stay Motions in ten related Express Mobile cases. (*See* ECF No. 155 in Case No. 3:19-cv-06559-RS.) As explained above, Atlassian intends to file a motion to stay. To the extent the motion is opposed, the parties agree that the briefing procedure set forth in the Court's March 29, 2022 Order should apply to this case as well.

Due to the foregoing, and to avoid unnecessary expenditure of the Court's time and judicial resources, the parties agree that good cause exists to postpone the upcoming Case Management Conference until two weeks after the resolution of the upcoming motion to stay, and postpone any corresponding deadlines accordingly. Thus, the parties request that the Court (1) confirm that its March 29, 2022 Order in the related Express Mobile cases applies to this case for any motion to stay that is opposed; and (2) postpone the Case Management Conference and all related deadlines to correspond with the rescheduled Conference.

| | |
|---|---|
| Dated March 30, 2022 | Respectfully submitted, |
| By: /s/ Steven F. Molo | By: /s/ Raghav R. Krishnapriyan |
| Steven F. Molo (*pro hac vice*)<br>smolo@mololamken.com<br>Benoit Quarmby (*pro hac vice*)<br>bquarmby@mololamken.com<br>Jonathan E. Barbee (*pro hac vice*)<br>jbarbee@mololamken.com<br>Leonid Grinberg (*pro hac vice*)<br>lgrinberg@mololamken.com<br>**MOLOLAMKEN LLP**<br>430 Park Avenue<br>New York, NY  10022<br>Telephone:    (212) 607-8160<br>Facsimile:     (212) 607-8161<br><br>Rayiner I. Hashem (*pro hac vice*)<br>rhashem@mololamken.com<br>Sarah J. Newman (*pro hac vice*)<br>snewman@mololamken.com<br>**MOLOLAMKEN LLP**<br>The Watergate, Suite 500<br>600 New Hampshire Avenue, N.W.<br>Washington, D.C.  20037<br>Telephone:    (202) 556-2000<br>Facsimile:     (202) 556-2001<br><br>Stuart G. Gross (SBN 251019)<br>sgross@grosskleinlaw.com<br>George A. Croton (SBN 323766)<br>gcroton@grosskleinlaw.com<br>Timothy S. Kline (SBN 319227)<br>tk@grosskleinlaw.com<br>**GROSS & KLEIN LLP**<br>The Embarcadero Pier 9, Suite 100<br>San Francisco, CA  94111<br>Telephone:    (415) 671-4628<br>Facsimile:     (415) 480-6688<br><br>*Attorneys for Plaintiff*<br>*Express Mobile, Inc.* | Timothy C. Saulsbury (SBN 281434)<br>tsaulsbury@durietangri.com<br>Daralyn J. Durie (SBN 169825)<br>ddurie@durietangri.com<br>Adam R. Brausa (SBN 298754)<br>abrausa@durietangri.com<br>Vera Ranieri (SBN 271594)<br>vranieri@durietangri.com<br>Raghav R. Krishnapriyan (SBN 273411)<br>rkrishnapriayn@durietangri.com<br>Eric C. Wiener (SBN 325012)<br>ewiener@durietangri.com<br>**DURIE TANGRI LLP**<br>217 Leidesdorff Street<br>San Francisco, CA  94111<br>Telephone:    (415) 362-6666<br><br>*Attorneys for Atlassian Corp. plc and*<br>*Atlassian, Inc.* |

**ATTESTATION**

Pursuant to Civil L.R. 5-1(i) regarding signatures, I attest that concurrence in the filing of this document has been obtained.

/s/ Steven F. Molo

## **ORDER**

**PURSUANT TO STIPULATION IT IS SO ORDERED AS FOLLOWS:**

GOOD CAUSE APPEARING, the Case Management Conference, currently scheduled for April 7, 2022 at 10:00 a.m. is postponed until two weeks after resolution of Atlassian's motion to stay.

Dated: March 31, 2022

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE