1
2
3
4
5
6
7                          UNITED STATES DISTRICT COURT

8                       NORTHERN DISTRICT OF CALIFORNIA

9

10

In re EXPRESS MOBILE CASES                    Case Nos.  3:17-cv-02605-RS
11                                                          3:19-cv-06559-RS
                                                            3:20-cv-06152-RS
12                                                          3:20-cv-08297-RS
                                                            3:20-cv-08321-RS
13                                                          3:20-cv-08335-RS
                                                            3:20-cv-08339-RS
14                                                          3:20-cv-08461-RS
                                                            3:20-cv-08492-RS
15                                                          3:21-cv-01145-RS
                                                            3:21-cv-02001-RS
16                                                          3:21-cv-06656-RS
                                                            3:21-cv-06657-RS
17                                                          3:21-cv-08942-RS
                                                            3:21-cv-08944-RS
18

19

20                                          **ORDER RE PENDING MOTIONS**

21

22

23          By various orders, these actions have all been stayed pending IPR proceedings initiated by

24   defendant Meta.[1] The several submitted motions to dismiss, the submitted and upcoming motions

     for leave to amend infringement contentions, and the submitted claims construction motions will

25

26   _____

27   [1]  To the extent the status of the continued stay in Case 3:17-cv-02605-RS may have been
     uncertain, it shall now be stayed with the other cases.

28

all be denied, without prejudice, during the pendency of the stays. If and when the stays are lifted, the parties to the motions shall meet and confer to attempt to agree on schedules and page limits for any supplementary briefing that may be appropriate for each motion in light of the outcomes at the PTO and/or any other factual or legal developments during the passage of time.

Parties may elect to re-brief motions completely, in which case the default page limits and timing shall apply, or they may file abbreviated supplements, preferably under 10 pages per side, with no reply. If parties submit such abbreviated supplements for a particular motion, it will then be taken under submission or set for hearing, in the court's discretion. Similarly, if with respect to any particular motion the parties agree no additional briefing is warranted, they may file a statement to that effect and the matter will then be taken under submission or set for hearing, in the court's discretion.

**IT IS SO ORDERED**.

Dated: July 26, 2022

_____
RICHARD SEEBORG
Chief United States District Judge